OTIS ELEVATOR COMPANY, Respondent, v. JACOB SAGAT, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALICE V. BRENNAN and JOSEPH C. BRENNAN, Appellants, v. ISADOR LEIFER and LAURA LEIFER, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL DAVIS, Appellant, v. NEW YORK FURNITURE EXCHANGE ASSOCIATION, INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DANIEL RICHTER, Respondent, v. AARON HELD and Others, Appellants. (Action No. 2.) — Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PHILIP TARNOWER and ABRAHAM TARNOWER, Copartners, etc., Respondents, v. ABRAHAM SCHMERTZLER, Trading as MILLINERY CLEARING HOUSE, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BYRNES, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MILTON ZAIDENBERG, Respondent, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LETA M. KAHN, Respondent, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANTONIO STOLA, Respondent, v. CORCORAN, FITZGERALD & COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Information of FRANCIS J. CONLON, Respondent, v. ARBANA REALTY CORPORATION (a Corporation), Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANGELINA SPINELLI, Respondent, v. LOUIS MOTZKIN, Doing Business, etc., Defendant, Impleaded with NORMAN CLEANERS & DYERS, INC., and HERMAN MEYERS, Appellants and Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

* Affd., 262 N. Y. 681.